John Baumgartner, appellee, v. Stefan Krzyzak, appellant. Gen. No. 33,029.

Opinion filed February 27, 1929.

635

636

Isidore Fried and Edward Horchler, for appellant; Bernard A. Stol, of counsel. Louis J. Du Rocher, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.